## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

KAREN D. HUNT
        Plaintiff,

v.                                                Case No. 12-C-46

CAROLYN W. COLVIN,
Acting Commissioner of the Social Security Administration
        Defendant.

## ORDER

The Court, having read the Petition of CHARLES E. BINDER, attorney for plaintiff in the above entitled case, dated the 10th day of October, 2014, for an award of attorney fees in accordance with 42 U.S.C. §406(b), and upon all the supporting documents annexed thereto,

**IT IS ORDERED** that attorney fees be granted in the amount of $17,500.00, which represents less than 25% ($22,911.00) of the past due benefits awarded to plaintiff, and be remitted to CHARLES E. BINDER, petitioner. Upon receipt of this sum, counsel for plaintiff is directed to remit the previously awarded Equal Access to Justice Act fees of $4,514.25 directly to plaintiff. Nothing in this order will preclude plaintiff's duly appointed representative(s) from requesting fees under § 406(a) for time spent handling plaintiff's case before the Social Security Administration, providing that the combined fees approved under §§ 406(a) and 406(b) do not exceed 25% of the retroactive benefits awarded to plaintiff and her children.

Dated at Milwaukee, Wisconsin this 24th day of November, 2014.

                                                  /s Lynn Adelman
                                                  LYNN ADELMAN
                                                  District Judge